

# IN THE
## TENTH COURT OF APPEALS

_____

### No. 10-06-00256-CV

_____

**MCI SALES AND SERVICE, INC., F/K/A HAUSMAN BUS SALES, INC.,
AND MOTOR COACH INDUSTRIES MEXICO, S.A. DE C.V.,
F/K/A DINA AUTOBUSES, S.A. DE C.V.,**

**Appellants**

**v.**

**JAMES HINTON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE
ESTATE OF DOLORES HINTON, DECEASED, DAVID HINTON,
ROBERT KURYLA, KAREN KURYLA, HATTIE BINNS, RETA HAYNES,
MELINDA GREGER, ALAN HORTON, ELAINE HORTON, RUTH POWELL,
JUDY BENSON, JAMES L. FREEMAN, INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE OF THE ESTATE OF JO CATHERINE
FREEMAN, DECEASED, JAMES F. FREEMAN, MELANIE  JO BROOKS,
SUSAN AKERS BILLS, INDIVIDUALLY AND AS EXECUTRIX OF THE
ESTATES OF ROBERT MELVIN AKERS, DECEASED, AND MILDRED
DELOIS AKERS, DECEASED, ROBERT MELVIN AKERS, JR., PATSY
BEASLEY, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF
WAYNE BEASLEY, DECEASED, SHIRLEY SOMMER, AND PEGGY
ARMSTRONG,**

**Appellees**

_____

**From the 170th District Court
McLennan County, Texas
Trial Court No. 2003-2308-4**

_____

## DISSENTING OPINION

_____

The  events  of  this  case  are  tragic.   But  the  state  law  crashworthiness  design

claims being made by the plaintiffs against the manufacturer of the bus are pre-empted by federal law. And in recognition of the benefits of a single regulatory entity for all states in the United States, the expanse of preemption is widening. *See Riegel v. Medtronic, Inc.*, ___ U.S. ___, 128 S.Ct. 999, 1011, 169 L.Ed.2d 892, 906-907, 2008 U.S. LEXIS 2013, *29-30 (2008) (tort claims challenging safety & effectiveness of catheter); *Carden v. General Motors Corp.*, 509 F.3d 227, 230-232 (5th Cir. 2007) (tort claims challenging design of seat belts); *Bic Pen Corp. v. Carter*, 251 S.W.3d 500, 504-509 (Tex. 2008) (common law challenge of design defect of BIC lighter). *See also Delta Air Lines, Inc. v. Black* 116 S.W.3d 745 (Tex. 2003) (challenge of airline passenger boarding procedures). The judgment of the trial court should be reversed and rendered.

I respectfully dissent.


TOM GRAY
Chief Justice

Dissenting opinion delivered and filed September 10, 2008